# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAL HAYS CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No.  1:20-cv-01256-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE EITHER A NOTICE OF STATUS OF THE DEFENDANTS IN THIS ACTION OR A REQUEST FOR ENTRY OF DEFAULT<br><br>FIVE DAY DEADLINE |

On September 3, 2020, Daniel E. Bowen, Erik Bowen, Donald C. Bowen, Judith M. Bowen, and Bowen Engineering and Environmental filed this action against Hal Hays Construction, Inc. and Western Surety Company.  Proofs of service were filed showing that the defendants were served on September 8, 2020.  On September 29, 2020 a stipulation was filed extending time for Defendants to respond to the complaint to October 27, 2020.  The time has passed and no responsive pleading has been filed nor has there been a further stipulation to extend time to respond.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiffs shall file either a notice of status of the defendants in this action or a request for entry of default.

IT IS SO ORDERED.

Dated:  __**October 29, 2020**__           _____
                                            UNITED STATES MAGISTRATE JUDGE

1