# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAL HAYS CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-01256-NONE-SAB<br><br>ORDER VACATING ALL PENDING DATES AND REQUIRING DISPOSITIVE DOCUMENTS TO BE FILED WITHIN THIRTY DAYS<br><br>(ECF No. 9) |
|---|---|

On November 3, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action in its entirety.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **November 3, 2020**

UNITED STATES MAGISTRATE JUDGE

1